UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80717-Civ-Brannon

LOUIS ADDESSO,

    Plaintiff,

vs.

ABERDEEN GOLF & COUNTRY CLUB, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the parties' Joint Motion to Approve FLSA Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 34]. The Court held a Fairness Hearing on March 8, 2019. The Court has carefully reviewed the case record, the Confidential Settlement Agreement and General Release, and has conducted a Fairness Hearing in order to "scrutiniz[e] the settlement agreement for fairness" in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1355.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion to Approve FLSA Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 34] is **GRANTED**.

2. The Settlement Agreement and Release of FLSA Claims is hereby **APPROVED**. The Court retains jurisdiction to enforce the terms of the settlement.

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

1

2

    4.    The Clerk shall **CLOSE THIS CASE.**

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of March, 2019.

                                                                     DAVE LEE BRANNON
                                                                     U.S. MAGISTRATE JUDGE